1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11  ALVARO G. M.,                                    )       CASE NO. CV 21-04438-AGR
12                           Plaintiff,               )
                                                       )       JUDGMENT
13            vs.                                      )
14  KILOLO KIJAKAZI, Acting                           )
      Commissioner of Social Security,                )
15                                                     )
                             Defendant.                )
16  _____ )

17

18        IT IS HEREBY ADJUDGED that judgment is entered for Plaintiff.  The decision

19  of the Commissioner is reversed and this matter is remanded for further proceedings

20  at step five of the sequential analysis.

21

22

23  DATED: September 16, 2022        _____

24                                                        ALICIA G. ROSENBERG
                                                          United States Magistrate Judge

25

26

27

28