LAW OFFICES OF BILL LATOUR
ALEX PANUTICH [CSBN: 280413]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

ALVARO G. MONTERO,

    Plaintiff,

    v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

    Defendant.

No. CV 21-04438 AGR

ORDER AWARDING EAJA FEES

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of TWO THOUSAND FOUR HUNDRED EIGHTY-ONE DOLLARS AND 18/100 ($2,481.18), and costs in the amount of ZERO ($0.00), subject to the terms of the stipulation.

DATE: October 12, 2022

ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE